IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

BRANDON NATHANIEL NELSON,    )
                             )
       Plaintiff,            )
                             )      CIVIL ACTION NO.
       v.                    )       2:23cv682-MHT
                             )          (WO)
ALABAMA DEPARTMENT OF        )
CORRECTIONS, et al.,         )
                             )
       Defendants.           )

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining of dangerous conditions at Ventress Correctional Facility, the failure of defendants to protect him from repeated assaults, and the ongoing extortion of his family by prisoners. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice due to plaintiff's failure to comply with a court order to file the documentation necessary for the court to rule on his motion to proceed without prepayment of

fees.    There  are  no  objections  to  the  recommendation.

After  an  independent  and  de  novo  review  of  the  record,

the   court   concludes   that   the   magistrate   judge's

recommendation  should  be  adopted.

An  appropriate  judgment  will  be  entered.

DONE,  this  the  29th  day  of  February,  2024.

_____/s/ Myron H. Thompson_____
**UNITED  STATES  DISTRICT  JUDGE**

2