IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
BRANDON NATHANIEL NELSON,    )
                             )
     Plaintiff,              )
                             )         CIVIL ACTION NO.
     v.                      )           2:23cv682-MHT
                             )               (WO)
ALABAMA DEPARTMENT OF        )
CORRECTIONS, et al.,         )
                             )
     Defendants.             )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 5) is adopted.

(2) The application to proceed without prepayment of fees (Doc. 2) is denied as moot.

(3) This lawsuit is dismissed without prejudice due to plaintiff's failure to comply with a court order to file the required documentation for the court to rule

on the application to proceed without prepayment of fees.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 29th day of February, 2024.

                                         /s/ Myron H. Thompson
                                     **UNITED STATES DISTRICT JUDGE**